UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| COREY J. PATNAUDE,<br><br>        Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV-12-204-JPH<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

DATED:   September 3, 2013

                                    SEAN McAVOY<br>
                                    District Court Executive/Clerk

                                    s/ L. Stejskal<br>
                                    Deputy Clerk